# OPINIONS PER CURIAM, ETC., FROM JANUARY

## 5, 1904 TO MAY 6, 1904.

No. 26. Ex parte Mut.—Petition for a writ of *habeas corpus*. Decided January 5, 1904. Petition denied. *Mr. de Diego,* for petitioner.

No. 8. Nazario *v.* Montalvo.—Appeal from the District Court of Mayagüez. Decided January 12, 1904. The appeal is declared abandoned by reason of the non-appearance of the appellant.

No. 46. Guillermety *v.* Rivera.—Appeal from the District Court of San Juan. Decided May 15, 1904. The appeal is declared to be withdrawn on motion of the appellant. *Mr. Monserrat,* for appellannt.

No. 154. García *v.* Rivera.—Appeal from the District Court of San Juan. Decided January 20, 1904. Declared to be withdrawn on motion of the appellant. *Mr. Antonsanti,* for appellant.

No. 28. Ex parte Rendón.—Petition for a writ of *habeas*

1904.. La solicitud fué declarada con lugar. Abogado del petitionario: *Sr. Dexter.*

————

No. 14.   Ex parte Suárez.—Apelación procedente de la Corte de Distrito de San Juan.   Resuelto en Febrero 17, 1904. Se declaró desierto el recurso por no haber comparecido en tiempo la parte apelante.   Abogado del apelante: *Sr. Castro, (Cruz).*

————

No. 16.   Arruza *v.* Maldonado.—Apelación procedente de la Corte de Distrito de Ponce.   Resuelto en Febrero 24, 1904. Se declaró desierto el recurso por no haber comparecido la parte apelante.   Abogado del apelado: *Sr. Casaldúc.*

————

No. 3.   American Colonial Bank *v.* El Registrador de la Propiedad.—Recurso de queja contra el Registrador de la Propiedad de Caguas.   Resuelto en Febrero 26, 1904.   Con lugar la queja.   Abogado del recurrente: *Sr. Guzmán Benítez.*

————

No. 88.   Cerecedo Hermanos y Ca. *v.* Gely et al.—Apelación procedente de la Corte de Distrito de San Juan.   Resuelto en Febrero 27, 1904.   Desistido á instancia de la parte apelante.   Abogados de los apelantes: *Sres. Diaz y Texidor.*

————

No. 21.   Romero *v.* Baldorioty et al.—Apelación procedente de la Corte de Distrito de San Juan.   Resuelto en Mar-

*corpus.* Decided February 15, 1904. The petition was was granted. *Mr. Dexter,* for petitioner.

---

No. 14. EX PARTE SUÁREZ.—Appeal from the District Court of San Juan. Decided February 17, 1904. The appeal was declared abandoned by reason of the non-appearance in time of the appellant. *Mr. Castro (Cruz),* for appellant.

---

No. 16. ARRUZA *v.* MALDONADO.—Appeal from the District Court of Ponce. Decided February 24, 1904. The appeal was declared abandoned by reason of the non-appearance of the appellant. *Mr. Casalduc,* for respondent.

---

No. 3. AMERICAN COLONIAL BANK *v.* THE REGISTRAR OF PROPERTY.—Appeal in complaint against the Registrar of Property of Caguas. Decided February 26, 1904. Complaint sustained. *Mr. Guzmán Benítez,* for appellant.

---

No. 88. CERECEDO HERMANOS & Co. *v.* GELY ET AL. Appeal from the District Court of San Juan. Decided February 27, 1904. Withdrawn on motion of the appellant. *Messrs. Diaz & Texidor,* for appellants.

---

No. 21. ROMERO *v.* BALDORIOTY ET AL. Appeal from the District Court of San Juan. Decided March.14, 1904. With-